Approved.
s/ Benita Y. Pearson on 3/24/2011
U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **VINCENT LIGAS** | : | |
| **Plaintiff,** | : | CASE NO. 1:10-cv-2833 |
| v. | : | |
| | | **JUDGE BENITA Y. PEARSON** |
| **CITY OF ELYRIA, et al.,** | : | |
| **Defendants.** | : | |

## JOINT STIPULATED DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all remaining Defendants. Each party is responsible for their own costs.

It is so stipulated:

| | |
|---|---|
| */s/ Mark Landes* | */s/ Terry H. Gilbert* |
| Mark Landes | Terry H. Gilbert (0021948) |
| ml@isaacbrant.com | FRIEDMAN & GILBERT |
| ISAAC, BRANT, LEDMAN & TEETOR, LLP | 1370 Ontario Street, Suite 600 |
| 250 East Broad Street 9th Floor | Cleveland, OH 44113-1752 |
| Columbus, Ohio 43215 | *Attorney for all Plaintiff* |
| (614) 221-2121 Phone / (614) 365-9516 Fax | |
| *Attorneys for Defendant City of Elyria* | |

420600

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Landes*
Mark Landes     (0027227)

420600